UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIRO FUKUNAGA dba CDM EXCHANGE,<br><br>        Plaintiff,<br><br>    vs.<br><br>GABORATORY, INC., MARIA NAGY, PASQUALE ZAZA, PETER STOJANOV, and DOES 1 through 10,<br><br>        Defendants. | CASE NO. CV CV 07-03904 MMM (Ex)<br><br>JUDGMENT FOR DEFENDANTS |

    On December 17, 2007, following the court's dismissal of plaintiff's complaint, defendants Gaboratory, Inc., Maria Nagy and Peter Stojanov filed a motion for attorneys' fees pursuant to the Copyright Act, 17 U.S.C. § 505, and the Lanham Act, 15 U.S.C. § 1117(a). On October 14, 2008, the court issued an order awarding defendants fees. As a result,

    IT IS ORDERED AND ADJUDGED that defendants Gaboratory, Inc., Mary Nagy, and Peter Stojanov recover from plaintiff Hideo Fukunaga attorneys' fees of $52,719.75 and reimbursable expenses of $5,868.60.

DATED: October 14, 2008

                                                                                      *Margaret M. Morrow*
                                                                                     MARGARET M. MORROW
                                                                    UNITED STATES DISTRICT JUDGE